NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL SUMNER, DOC #H00468,           )
                                       )
            Appellant,                 )
                                       )
v.                                     )     Case No. 2D18-1757
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed May 10, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; William D. Sites, Judge.

Michael Sumner, pro se.


PER CURIAM.

            Affirmed.


VILLANTI, BLACK, and SALARIO, JJ., Concur.